UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BLAKE ROGERS, et al., | ) | CASE NO.: 1:20-CV-2568 |
| | ) | |
| Plaintiffs, | ) | JUDGE: DAVID A. RUIZ |
| | ) | |
| vs. | ) | **JOINT STATUS REPORT** |
| | ) | |
| MARTIN HORWITZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come the Parties by and through their respective counsel and provides this Honorable Court with this Status Report based on the Court's February 28, 2022 Order.

1) Defendants filed a Motion for Judgment on the Pleadings to Plaintiff's Second Amended Complaint (ECF 35) on May 11, 2021, Plaintiff's opposition (ECF 36) was filed on June 10, 2021 and Defendants' submitted their reply (ECF 37) on June 24, 2021. That Motion is ripe for decision.

2) The Court's January 13, 2021 Order permitted limited discovery related to non-privileged email production requested by Plaintiff but limited any other discovery because of the pending Motion for Judgment on the Pleadings. No other written discovery has been issued and no depositions were completed based on the limited discovery permitted by the Court.

3) The Parties have not engaged in any extensive settlement negotiations and do not currently believe a mediation or settlement conference would be worthwhile at this time.

4) The Court had no other case management or conference dates set in this matter.

5) The Parties have no other issues to raise with the Court at this time.

Respectfully submitted,

*s/Kevin M. Gross (per email consent)*  
LEWIS A. ZIPKIN  (0030688)  
KEVIN M. GROSS  (0097343)  
Zipkin Whiting Co., L.P.A.  
3637 South Green Road  
Beachwood, Ohio 44122  
216-514-6400  
216-514-6406 – Fax  

*s/John T. McLandrich*  
JOHN T. MCLANDRICH  (0021494)  
TERENCE L. WILLIAMS  (0081363)  
Mazanec, Raskin and Ryder Co., L.P.A.  
100 Franklin's Row  
34305 Solon Road  
Cleveland, OH  44139  
(440) 248-7906

| | |
|---|---|
| Email: zfwlpa@aol.com<br>      kgross@zipkinwhiting.com | (440) 248-8861 – Fax<br>Email: jmclandrich@mrrlaw.com<br>        twilliams@mrrlaw.com |
| Counsel for Plaintiffs Blake and Jacalyn Rogers | Counsel for Defendants Martin Horwitz, Gary Haba, Diane Calta, Nathalie Supler, James Pasch and the City of Beachwood |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2022, a copy of the foregoing Joint Status Report was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                    *s/John T. McLandrich*
                                    JOHN T. MCLANDRICH  (0021494)
                                    TERENCE L. WILLIAMS  (0081363)

                                    Counsel for Defendants Martin Horwitz, Gary Haba, Diane Calta, Nathalie Supler, James Pasch and the City of Beachwood

NORMA-200246/Jnt Status Report