UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BLAKE ROGERS, et al., | ) | CASE NO.:  1:20-CV-2568 |
| | ) | |
| Plaintiff, | ) | JUDGE:  DAVID A. RUIZ |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **AND JOURNAL ENTRY** |
| MARTIN HORWITZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendants, Martin Horwitz, Gary Haba, Diane Calta, Nathalie Supler, James Pasch and the City of Beachwood, each party to bear their own costs.  The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

_David A. Ruiz_  **Mar 5, 2024**
JUDGE DAVID A. RUIZ

_s/ Kevin M. Gross  (per email consent 2/27/24)_
LEWIS A. ZIPKIN  (0030688)
KEVIN M. GROSS  (0097343)
Zipkin Whiting Building
3637 South Green Road
Beachwood, OH  44122
(216) 514-6400
(216) 514-6406 – Fax
Email: zfwlpa@aol.com
          kgross.zipkinwhiting@gmail.com

_Counsel for Plaintiffs_

_s/John T. McLandrich_                            .
 JOHN T. MCLANDRICH (0021494)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jmclandrich@mrrlaw.com

_Counsel for Defendants_